**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MAVRICK NOEL and MACKENDY
DORCELY,

        Plaintiffs,

v.                                    Case No:   6:25-cv-2117-PGB-LHP

WESTLAKE FINANCIAL SERVICES,
ROUTE ONE AUTO, LLC, KETTERLE
& SONS, INC., THE CITY OF
ORLANDO, K. NOEL, D. WOOTEN
and L. BERGGREN,

        Defendants

---

**ORDER**

This cause comes before the Court on referral to the undersigned of Defendant City of Orlando's Motion to Dismiss.  Doc. No. 25.  Upon review of the docket, Plaintiffs are appearing *pro se*, and they have neither requested nor received access to the Court's CM/ECF electronic docketing system.  However, the motion to dismiss (Doc. No. 25) fails to contain a certificate of service.  *See* Fed. R. Civ. P. 5(d)(1)(B)(i) (stating that a certificate of service must be filed when a paper is served by means other than filing with the court's electronic filing system).  Accordingly, it is **ORDERED** that on or before **December 10, 2025**, Defendant shall file a

certificate of service in relation to the motion to dismiss (Doc. No. 25). This Order does not alter Defendant's obligations under Local Rule 3.01(g)(3).

**DONE** and **ORDERED** in Orlando, Florida on December 3, 2025.

*[Signature: Leslie Hoffman Price]*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties