# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

MAVRICK NOEL and MACKENDY DORCELY,

        Plaintiffs,

v.     Case No:   6:25-cv-2117-PGB-LHP

WESTLAKE FINANCIAL SERVICES, ROUTE ONE AUTO, LLC, KETTERLE & SONS, INC., THE CITY OF ORLANDO, K. NOEL, D. WOOTEN and L. BERGGREN,

        Defendants

## ORDER

Before the Court is a Motion for Writ of Replevin, filed by Plaintiffs who appear *pro se*. Doc. No. 21. On review, the motion is **DENIED without prejudice** for failure to comply with the conferral requirements of Local Rule 3.01(g). *See also Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir. 1989), *cert. denied*, 493 U.S. 863 (1989) (*pro se* litigants are "subject to the relevant law and rules of court, including the Federal Rules of Civil Procedure").

**DONE** and **ORDERED** in Orlando, Florida on December 4, 2025.

*Leslie Hoffman Price*
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties