**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MAVRICK NOEL and MACKENDY DORCELY,

      Plaintiffs,

v.    Case No:   6:25-cv-2117-PGB-LHP

ROUTE ONE AUTO, LLC, KETTERLE & SONS, INC., JOHN W. MINA, DJON WOOTEN, WESTLAKE FINANCIAL SERVICES, LLC, KENSON NOEL, BENJAMIN BERGGREN and ORANGE COUNTY, FLORIDA,

      Defendants

**ORDER**

Before the Court is a Joint Motion for Case Management Conference, purportedly filed by the *pro se* Plaintiffs and Defendant Westlake Financial Services, LLC.  Doc. No. 62.   On review, the motion (Doc. No. 62) will be **DENIED without prejudice**.

First, although purportedly a joint motion, the motion does not contain Plaintiffs' signatures.   Doc. No. 62, at 5.   Second, the motion does not comply with Local Rule 3.01(g) — there are multiple Defendants in this case, several of which

have appeared, and the motion does not address all Defendants' positions on the motion. *See id.* at 5–6. Third, the motion does not include a memorandum of legal authority as required by Local Rule 3.01(b). *See also* Doc. No. 15. Finally, and relatedly, the motion fails to adequately explain why the parties who have appeared are unable to complete the planning conference requirements or complete the case management report using the Court's standard form. *See id.*; *see also* Local Rule 3.02.

Any renewed motion must fully comply with the Local Rules and address the issues set forth herein.

**DONE** and **ORDERED** in Orlando, Florida on January 12, 2026.

*[signature: Leslie Hoffman Price]*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties