# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

MAVRICK NOEL and MACKENDY
DORCELY,

        Plaintiffs,

v.                                                         Case No:   6:25-cv-2117-PGB-LHP

ROUTE ONE AUTO, LLC, KETTERLE
& SONS, INC., JOHN W. MINA,
DJON WOOTEN, WESTLAKE
FINANCIAL SERVICES, LLC,
KENSON NOEL, BENJAMIN
BERGGREN and ORANGE COUNTY,
FLORIDA,

        Defendants

---

## ORDER

Before the Court is Defendant's, Orange County, Florida, Motion to Dismiss Amended Complaint.  Doc. No. 85.  On review, the motion is **DENIED without prejudice** for failure to comply with Local Rule 3.01(g).  First, the motion states that Defendant attempted to confer with only one Plaintiff—Mavrick Noel—which fails to fully comply with Local Rule 3.01(g).  Doc. No. 85, at 20.  Second, as it relates to Mavrick Noel, Defendant has not timely supplemented the motion as required by Local Rule 3.01(g)(3).  Defendant shall either renew the motion in full

compliance with the Local Rules, or answer the complaint, within **seven (7) days** of the date of this Order.

**DONE** and **ORDERED** in Orlando, Florida on February 9, 2026.

_____
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

- 2 -