# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

MAVRICK NOEL and MACKENDY
DORCELY,

       Plaintiffs,

v.
                                  Case No:   6:25-cv-2117-PGB-LHP

ROUTE ONE AUTO, LLC, KETTERLE
& SONS, INC., JOHN W. MINA,
DJON WOOTEN, WESTLAKE
FINANCIAL SERVICES, LLC,
KENSON NOEL, BENJAMIN
BERGGREN and ORANGE COUNTY,
FLORIDA,

       Defendants

---

## ORDER

Before the Court is a Motion to Dismiss Second Amended Complaint, filed by Defendants John W. Mina, Kenson Noel, Djon Wooten, and Benjamin Berggren. Doc. No. 101.   On review, the motion is **DENIED without prejudice** for failure to comply with Local Rule 3.01(g)(3).   Defendants shall file a renewed motion within **seven (7) days** of the date of this Order, in full compliance with the Local Rules.

**DONE** and **ORDERED** in Orlando, Florida on March 2, 2026.

_____
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

- 2 -