# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

MAVRICK NOEL, MACKENDY
DORCELY,

      Plaintiffs,

      v.                            Case No.:  6:25-cv-02117-PGB-LHP

ROUTE ONE AUTO, LLC,
KETTERLE & SONS, INC., JOHN W.
MINA, IN HIS OFFICIAL CAPACITY
AS SHERIFF OF ORANGE COUNTY,
FLORIDA; DEPUTY DJON
WOOTEN, INDIVIDUAL
CAPACITY;  WESTLAKE
FINANCIAL SERVICES, LLC,
DEPUTY KENSON NOEL,
INDIVIDUAL CAPACITY; DEPUTY
BENJAMIN BERGGREN,
INDIVIDUAL CAPACITY; AND
ORANGE COUNTY, FLORIDA,

      Defendants,

---

## ORDER

Before the Court is Plaintiffs' Motion to Compel Discovery from Defendant Westlake Financial Services, LLC and for Sanctions.  Doc. No. 118.  On review, the motion is **DENIED without prejudice** for failure to comply with the Standing Order on Discovery Motions (Doc. No. 97), both by exceeding the word limitations and for failure to attach the discovery at issue.  The motion also fails to comply with

Local Rule 3.01(g)—although it states that Plaintiffs asked about the allegedly outstanding discovery, it does not address whether Plaintiffs attempted to confer about the present motion. *See* Doc. No. 118, at 8–9. Further, conferral by email alone does not suffice. *See* Doc. No. 97 ¶ 1.

Any renewed motion must comply with all applicable Federal Rules of Civil Procedure, Local Rules of this Court, and Court Orders. *See also Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir. 1989), *cert. denied*, 493 U.S. 863 (1989) (*pro se* litigants are "subject to the relevant law and rules of court, including the Federal Rules of Civil Procedure").

**DONE** and **ORDERED** in Orlando, Florida on March 23, 2026.

_____
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties