**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MAVRICK NOEL and MACKENDY
DORCELY,

        Plaintiffs,

v.                                                                    Case No:   6:25-cv-2117-PGB-LHP

ROUTE ONE AUTO, LLC, KETTERLE
& SONS, INC., JOHN W. MINA,
DJON WOOTEN, WESTLAKE
FINANCIAL SERVICES, LLC,
KENSON NOEL, BENJAMIN
BERGGREN and ORANGE COUNTY,
FLORIDA,

        Defendants

---

**ORDER**
(And Direction to Clerk of Court)

This cause comes before the Court *sua sponte*.   On March 20, 2026, Plaintiffs filed a motion for leave to file a third amended complaint, which motion remains pending.   Doc. No. 119.   Three days later, Plaintiffs filed their third amended complaint, which was docketed separately.   Doc. No. 120.   The docket reflects that Plaintiffs intended that the third amended complaint be submitted as an exhibit to their pending motion (Doc. No. 119), rather than as the operative complaint.   *E.g.*,

Doc. No. 130. And in any event, the Court has not yet ruled on the requested amendment. Accordingly, it is **ORDERED** that the Clerk of Court is **DIRECTED** to **STRIKE** the third amended complaint (Doc. No. 120) as a separate docket entry, and instead, **FILE** the document as "Exhibit A" to Plaintiffs' motion for leave to amend (Doc. No. 119).

Based thereon, Defendants' motion to strike the third amended complaint (Doc. No. 125) is **DENIED as moot**.

**DONE** and **ORDERED** in Orlando, Florida on April 3, 2026.

_____
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

- 2 -