# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

MAVRICK NOEL and MACKENDY
DORCELY,

       Plaintiffs,

v.                                                      Case No:   6:25-cv-2117-PGB-LHP

ROUTE ONE AUTO, LLC, KETTERLE
& SONS, INC., JOHN W. MINA,
DJON WOOTEN, WESTLAKE
FINANCIAL SERVICES, LLC,
KENSON NOEL, BENJAMIN
BERGGREN and ORANGE COUNTY,
FLORIDA,

       Defendants

---

## ORDER AND ORDER TO STRIKE

This cause comes before the Court on the filing of Plaintiffs' Third Amended Complaint. Doc. No. 153. Based thereon, the pending motions to dismiss the prior operative complaint (Doc. Nos. 99, 100, 114) are **DENIED as moot**. Defendants shall respond to the Third Amended Complaint as set forth in Federal Rule of Civil Procedure 15.

With the Third Amended Complaint, Plaintiffs also filed a document titled "Supporting Memorandum of Law in Support of Plaintiffs' Third Amended Complaint." Doc. No. 154. Upon review, this filing does not appear to be authorized by the Federal Rules of Civil Procedure or the Court's Local Rules. Accordingly, the Supporting Memorandum (Doc. No. 154) is **ORDERED stricken.**

**DONE** and **ORDERED** in Orlando, Florida on May 13, 2026.

_____
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

- 2 -