# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

MAVRICK NOEL and MACKENDY
DORCELY,

       Plaintiffs,

v.                                                                  Case No:   6:25-cv-2117-PGB-LHP

ROUTE ONE AUTO, LLC, KETTERLE
& SONS, INC., JOHN W. MINA,
DJON WOOTEN, WESTLAKE
FINANCIAL SERVICES, LLC,
KENSON NOEL, BENJAMIN
BERGGREN and ORANGE COUNTY,
FLORIDA,

       Defendants

## ORDER

Before the Court is a Motion to Compel Discovery, filed by Defendants John

W. Mina, Deputy Kenson Noel, Deputy Djon Wooten, and Deputy Benjamin

Berggren.  Doc. No. 156.  According to the motion, Plaintiffs wholly failed to

respond to Defendants' First Request to Produce, and Defendants sought an order

directing Plaintiffs to respond, deeming any objections waived, and sanctions for

filing the motion.  *Id.* at 2.  Subsequently, however, Defendants filed a "Notice,"

in which they state that Plaintiffs served discovery responses on May 20, 2026, which Defendants state "present new problems not addressed" in the motion to compel. Doc. No. 157. Defendants ask that the Court grant "the full relief requested" in their motion to compel anyway. *Id.* Upon consideration, and given Defendants' discussion of "new problems," about which it is unclear whether Defendants have conferred with Plaintiffs, as well as that the relief sought in Defendant's motion was to compel responses, which have now been provided, the Court finds the more prudent course is to deny the present motion without prejudice to renewal to address these additional issues.

Accordingly, it is **ORDERED** as follows:

1.    Defendants' Motion to Compel Discovery (Doc. No. 156) is **DENIED without prejudice.**

2.    Within **fourteen (14) days** of the date of this Order, Defendants shall confer with Plaintiffs over phone, by videoconference, or in person (other mediums such as email or letter will not suffice) in a good faith effort to resolve the issues addressed in Defendants' motion (Doc. No. 156) and notice (Doc. No. 157).

3.    Within **seven (7) days** of the good faith conference, and to the extent necessary, Defendants may renew their motion, in accordance with the

Standing Order on Discovery Motions (Doc. No. 97), addressing all outstanding issues for resolution by the Court.

4.    Plaintiffs shall file a response (or separate responses) to any such motion within **five (5) days** of the motion's filing, and the responses shall otherwise be filed in accordance with the Standing Order on Discovery Motions.   *See* Doc. No. 97.   If Plaintiffs fail to timely respond to any renewed motion, the motion will be deemed unopposed in all respects, including as to any requested sanctions.

**DONE** and **ORDERED** in Orlando, Florida on May 21, 2026.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

- 3 -