# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

MAVRICK NOEL and MACKENDY
DORCELY,

       Plaintiffs,

v.                                    Case No:   6:25-cv-2117-PGB-LHP

ROUTE ONE AUTO, LLC, KETTERLE
& SONS, INC., JOHN W. MINA,
DJON WOOTEN, WESTLAKE
FINANCIAL SERVICES, LLC,
KENSON NOEL, BENJAMIN
BERGGREN and ORANGE COUNTY,
FLORIDA,

       Defendants

---

## ORDER

Before the Court are two Motions to Dismiss Third Amended Complaint, filed by Defendants John W. Mina, Kenson Noel, Djon Wooten, and Benjamin Berggren. Doc. Nos. 160, 161. On review, both motions are **DENIED without prejudice** for failure to comply with Local Rule 3.01(g). Merely stating that Defendants conferred with Plaintiffs regarding a prior motion to dismiss is insufficient. *See* Doc. No. 160, at 15–16; Doc. No. 161, at 21. Defendants shall file

renewed motions within **seven (7) days** of the date of this Order, in full compliance with the Local Rules.

   **DONE** and **ORDERED** in Orlando, Florida on May 28, 2026.

_____
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE


Copies furnished to:

Counsel of Record
Unrepresented Parties