# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

MAVRICK NOEL and MACKENDY
DORCELY,

      Plaintiffs,

v.                                                      Case No:   6:25-cv-2117-PGB-LHP

ROUTE ONE AUTO, LLC, KETTERLE
& SONS, INC., JOHN W. MINA,
DJON WOOTEN, WESTLAKE
FINANCIAL SERVICES, LLC,
KENSON NOEL, BENJAMIN
BERGGREN and ORANGE COUNTY,
FLORIDA,

      Defendants

---

## ORDER

This cause comes before the Court on consideration of Plaintiffs' Motion to Compel Defendant Westlake Financial Services, LLC ("Westlake").   Doc. No. 122; *see also* Doc. No. 139 (Westlake's response).   The Court previously ordered the parties to conduct further conferral on the motion, and to file supplemental briefing thereafter addressing "all outstanding issues for resolution by the Court, by citation to applicable legal authority in support."   Doc. No. 140.   The deadline for the

parties' supplemental briefing was May 22, 2026.  *See* Doc. No. 151.  On that deadline, Westlake filed its supplemental brief, Doc. No. 159, but Plaintiffs did not, nor have they sought an extension of time to do so.  According to Westlake, the parties conducted the required conferral, Westlake has served supplemental discovery responses, and Plaintiffs' motion to compel is now moot.  Doc. No. 159. Based thereon, and absent any contrary position from Plaintiffs, the motion to compel (Doc. No. 122) is hereby **DENIED as moot**.[1]

     **DONE** and **ORDERED** in Orlando, Florida on May 28, 2026.

                                            LESLIE HOFFMAN PRICE
                                        UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

---

[1] Even if not moot, the motion is due to be denied for Plaintiffs' failure to file supplemental briefing as required by the Court's prior orders.  Doc. Nos. 140, 151.