TUNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MAVRICK NOEL and MACKENDY DORCELY,

Plaintiffs,

v. Case No. 6:25-cv-2117-PGB-CAB

ROUTE ONE AUTO, LLC, KETTERLE & SONS, INC., JOHN W. MINA, DJON WOOTEN, WESTLAKE FINANCIAL SERVICES, LLC, KENSON NOEL, BENJAMIN BERGGREN, ORANGE COUNTY, FLORIDA, and HAMZA LAHSAINI,

Defendants.

---

**ORDER**

This cause comes before the Court on Plaintiffs' Motion for Extension of Time to Serve Defendant Hamza Lahsaini (the "**Motion**") (Doc. 227), filed August 18, 2026. In the Motion, Plaintiffs request an extension of 45 days from the date of this Order. Upon consideration, the undersigned will grant the Motion in part and provide Plaintiffs with 30 days from the date of this Order to Serve Defendant Hamza Lahsaini.

## I. BACKGROUND

Plaintiffs initiated this case by filing a Complaint (Doc. 1) with this Court on November 5, 2025. In this initial Complaint, Plaintiffs named as Defendants Westlake

Financial Services; Route One Auto, LLC; Ketterle & Sons, Inc.; the City of Orlando; and three City of Orlando law enforcement officers. (*See id.*). Plaintiffs filed a First Amended Complaint in this case on December 5, 2025 (Doc. 37), and a Second Amended Complaint on February 5, 2026, (Doc. 92). On May 8, 2026, Plaintiffs filed the operative Third Amended Complaint (Doc. 153), which was Plaintiffs' first complaint naming Hamza Lahsaini as a Defendant.

On August 18, 2016, Plaintiffs filed the instant Motion, requesting an extension of time to complete service of process on Hamza Lahsaini. (Doc. 227).

## II. LEGAL STANDARD

Federal Rule of Civil Procedure 4(m) provides, in pertinent part:

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

## III. DISCUSSION

Defendant Hamza Lahsaini was added as a defendant in this case through Plaintiffs' Third Amended Complaint, which was filed with the Court on May 8, 2026. (Doc. 153). Accordingly, pursuant to Federal Rule of Civil Procedure 4(m), Plaintiffs were required to serve Defendant Hamza Lahsaini within 90 days of the filing of the Third Amended Complaint, *i.e.* by August 6, 2026. Plaintiffs assert in their Motion that they retained a process server, who made attempts to serve Defendant Hamza Lahsaini at Defendant's address of record on July 27, 2026; July 29, 2026; and July

31, 2026. (Doc. 227; *see also* Doc. 227-1 (certification of process server Holly Vicens)). Plaintiffs do not claim that Defendant Hamza Lahsaini is attempting to evade service. Rather, Plaintiffs state that at the time service was attempted, there were no cars present at the residence and no movement or noise detected inside the residence. (Doc. 227 at 1; Doc. 227-1 at 2).

There is no evidence that Plaintiffs made any attempts to serve Defendant Hamza Lahsaini between May 8, 2026, and late July 2026. Nor did Plaintiffs move for an extension of the service deadline prior to the expiration of the deadline on August 6, 2026. Plaintiffs are cautioned that future failures to comply with court deadlines could result in adverse decisions. Given, however, that Plaintiffs engaged in some efforts to serve Defendant Hamza Lahsaini prior to the expiration of the deadline, and given the recency of that deadline, the Court finds good cause to allow Plaintiffs some additional time to serve Defendant Hamza Lahsaini.

## IV. CONCLUSION

As a result of the foregoing, it is **ORDERED** that Plaintiffs' Motion for Extension of Time to Serve Defendant Hamza Lahsaini (Doc. 227) is **GRANTED in part** and **DENIED in part**. Plaintiffs' deadline to serve Defendant Hamza Lahsaini is extended by 30 days from the date of this Order, *i.e.* until **October 2, 2026**. Plaintiffs' Motion for Extension of Time to Serve Defendant Hamza Lahsaini (Doc. 227) is **DENIED** in all other respects.

**DONE** and **ORDERED** in Orlando, Florida on September 2, 2026.

Chauncey A. Bratt
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties